PHILLIP A. TALBERT
United States Attorney
JEFFREY A. SPIVAK
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:24-po-00037-SAB |
| Plaintiff, | MOTION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| v. | |
| ENRIQUE I GARCIA, | |
| Defendant. | |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Jeffrey A. Spivak, Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice.

DATED:  May 17, 2024                                  Respectfully submitted,

                                                      PHILLIP A. TALBERT
                                                      United States Attorney

                                              By:    /s/ Jeffrey A. Spivak__
                                                     JEFFREY A. SPIVAK
                                                     Assistant U.S. Attorney

1

**O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice.

IT IS SO ORDERED.

Dated: **May 20, 2024**

UNITED STATES MAGISTRATE JUDGE